**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)　　　　　　　　　　　　　　　　Case Number **08−50590**

| UNITED STATES BANKRUPTCY COURT **for the** Western District of Virginia |
|---|

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/9/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kristopher Bjorkman<br>185 Bald Rock Rd<br>Verona, VA 24482 | Marie Ann Bjorkman<br>185 Bald Rock Rd<br>Verona, VA 24482 |
| Case Number:<br>08−50590 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−0461<br>xxx−xx−2883 |
| Attorney for Debtor(s) (name and address):<br>James O. Clough<br>235 Newman Avenue<br>Harrisonburg, VA 22801<br>Telephone number:  540 433−9881 | Bankruptcy Trustee (name and address):<br>George I Vogel(74)<br>PO Box 18188<br>Roanoke, VA 24014<br>Telephone number:  (540) 982−1220 |

## Meeting of Creditors

Date: **July 29, 2008**　　　　　　　　　　　　　　　　　　　　　　　　　　Time: **09:30 AM**

Location: **cr mtg, STN, Gen. Dist. Courtroom, 1st Flr, 113 E. Beverley St., Staunton, VA 24401**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 9/29/08**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>116 N Main St.<br>Room 223<br>Harrisonburg, VA 22802<br>(540) 434−8327 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>John W. L. Craig |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 4:30 PM | Date:  6/10/08 |

## EXPLANATIONS          B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

<u>Refer to Other Side for Important Deadlines and Notices</u>

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0423-5           User: admin                 Page 1 of 1            Date Rcvd: Jun 10, 2008
Case: 08-50590                 Form ID: b9a                Total Served: 25


The following entities were served by first class mail on Jun 12, 2008.
 db           +Kristopher Bjorkman,    185 Bald Rock Rd,    Verona, VA 24482-2814
 jdb          +Marie Ann Bjorkman,    185 Bald Rock Rd,    Verona, VA 24482-2814
 aty          +James O. Clough,    235 Newman Avenue,    Harrisonburg, VA 22801-4027
 tr           +George I Vogel(74),    PO Box 18188,    Roanoke, VA 24014-0815
 2599841      +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
 2599845     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court: Dominion Virginia Power,    PO Box 26543,    Richmond, VA  23290-0001)
 2599842       Dell Financial Services,    12234 N 1-35 SB,    Austin, TX  78753
 2599846       Equity One,    623 Greenville Ave,    Staunton, VA  24401-4805
 2599847       GMAC,    PO Box 78252,    Phoenix, AZ  85062-8252
 2599848       GMAC,    PO Box 78369,    Phoenix, AZ  85062-8369
 2599851       HSBC Mortgage Services,    P O Box 37282,    Baltimore, MD  21297-3282
 2599849      +Home Pride Services Inc,    PO Box 2,    Weyers Cave, VA 24486-0002
 2599852       Northfield Savings Bank,    PO Box 347,    Northfield, VT  05663-0347
 2599853       Travelocity Master Card,    PO Box 13337,    Philadelphia, PA  19101-3337
 2599854       Valley Pools & Spas,    1520 North Delphine Ave,    Waynesboro, VA  22980-1910
 2599855       Verizon,    PO Box 660720,    Dallas, TX  75266-0720
 2599856       WAMU Visa,    PO Box 660487,    Dallas, TX  75266-0487

The following entities were served by electronic transmission on Jun 11, 2008.
 2599836       EDI: AMEREXPR.COM Jun 10 2008 21:43:00     American Express,    PO Box 650448,
                Dallas, TX  75265-0448
 2599837       E-mail/PDF: bankruptcy@bbandt.com Jun 11 2008 00:54:47     BB&T,    PO Box 1489,
                Lumberton, NC  28359-1489
 2599838       EDI: HFC.COM Jun 10 2008 21:43:00     Beneficial,    PO Box 5240,    Carol Stream, IL  60197-5240
 2599839       EDI: CAPITALONE.COM Jun 10 2008 21:43:00     Capital One Bank,    PO Box 70884,
                Charlotte, NC  28272-0884
 2599840       EDI: CHASE.COM Jun 10 2008 21:43:00     Chase Visa,    PO Box 15153,    Wilmington, DE  19886-5153
 2599844       EDI: DISCOVER.COM Jun 10 2008 21:43:00     Discover,    PO Box 15251,    Wilmington, DE  19886-5251
 2599843       EDI: HFC.COM Jun 10 2008 21:43:00     Direct Merchants Bank,    Payment Center,    PO Box 17313,
                Baltimore, MD  21297-1313
 2599850       EDI: HFC.COM Jun 10 2008 21:43:00     HSBC Card Services,    PO Box 17051,
                Baltimore, MD  21297-1051
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2008**                          **Signature:**   _Joseph Speetjens_