UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE: Kristopher Bjorkman          Br Case 08- 50590
                                     Chapter 13

APPLICATION TO QUASH GARNISHMENT

TO THE HONORABLE ROSS W. KRUMM, U. S. BANKRUPTCY JUDGE:

   Comes now your Applicant, Kristopher Bjorkman., by counsel, pursuant to Bankruptcy Code 11-USC § 362 (a), and states as follows:

1. That your applicant filed his petition for relief under chapter7 of title 11 with this Court on or about June 9, 2008.

2. At the time of filing, pending in the City of Staunton General District Court 113 E. Beverly Street, Staunton Virginia 24401, there was a garnishment summons against the Debtor filed by American General Finance 850 Statler Sq. #113 Staunton Virginia 24401 a creditor in his bankruptcy, seeking to garnish the Applicant's bank account at Dupont Federal Credit Union 140 Lucy Lane Waynesboro Va 22980. A copy of this summons is attached. . Your applicant's social security number is 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.

Wherefore your Applicant, prays that said garnishment be quashed insofar as it affects him/her and that he/she have such other relief as the nature of the case may require.

Respectfully submitted

Kristopher Bjorkman.
BY:  /s/James O. Clough
   ATTORNEY FOR APPLICANT



COUNSEL:
James O. Clough
235 Newman Avenue
Harrisonburg Va. 22801
540-433-9881

CERTIFICATE:

This is to certify that on ___6/13/08_____I mailed a copy of the foregoing "Application", to City of Staunton General District Court 113 E. Beverly Street, Staunton Virginia 24401, American General Finance 850 Statler Sq. #113, Staunton Virginia 24401, Dupont Federal Credit Union 140 Lucy Lane Waynesboro Va 22980.,George Vogel, chapter 7 trustee,  PO Box 18188 Roanoke VA 24014  and the Debtor


   /s/James O. Clough

# GARNISHMENT SUMMONS

Commonwealth of Virginia　Va. Code §§ 8.01-511, 8.01-512.3

**COURT NAME:** ......... Shawnee ......... General District Court

**COURT ADDRESS AND TELEPHONE NUMBER:** 132 E. Beverly St. Hon Shawnee Va 24401

**CASE NO.:** WDK 31-1

**HEARING DATE & TIME:** 5/8/08

**JUDGMENT CREDITOR'S NAME:** American Financial Finance
**STREET ADDRESS:** 450 Shawnee Rd #113
**CITY, STATE, ZIP:** Shawnee Va 24401
**TELEPHONE NUMBER:** 540-886-7136

**JUDGMENT CREDITOR'S ATTORNEY'S NAME:**
**ADDRESS:**
**CITY, STATE, ZIP:**
**TELEPHONE NUMBER:**

**JUDGMENT DEBTOR'S NAME (SERVE):** Bickman, Kristopher K.
**STREET ADDRESS:** 165 Bald Rock Rd
**CITY, STATE, ZIP:** Verona Va 24482
**SOCIAL SECURITY NUMBER:** DOB 5/4-04/61

**GARNISHEE'S NAME:** DuPont Credit Union
**STREET ADDRESS:** 1410 Lucy Lane
**CITY, STATE, ZIP:** Waynesboro Va 22980
**TELEPHONE NUMBER:**

**DATE OF JUDGMENT:** 1/24/03

**STATEMENT**
- Judgment Principal　$4623.88
- Credits　731.13
- Interest　4158.00
- Judgment Costs
- Attorney's Fees　84.00
- Garnishment Costs
- **TOTAL BALANCE DUE**　5645.01

The garnishee shall rely on this amount.

## GARNISHMENT SUMMONS

**TO THE GARNISHEE:** You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the hearing date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) You shall not be liable to the judgment creditor for any property not specified in this garnishment summons. (3) If the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable allowance for making a timely return by mail to this court.

**DATE OF ISSUANCE OF SUMMONS:** 3/8/08

.................... CLERK

**DATE AND TIME OF DELIVERY OF WRIT OF FIERI FACIAS TO SHERIFF IF DIFFERENT FROM DATE OF ISSUANCE OF THIS SUMMONS**

**WRIT OF FIERI FACIAS TO ANY AUTHORIZED OFFICER:** You are commanded to execute this writ and to make from the intangible personal estate of the judgment debtor(s) the principal, interest, costs and attorney's fees, less credits, shown in the Garnishment Summons. You are further commanded to make your return to the clerk's office according to law.

Homestead Exemption Waived? [ ] yes [ ] no [ ] cannot be demanded

**DATE OF ISSUANCE OF WRIT:** 3/8/08

.................... CLERK

**TO GARNISHEE:** On check or written answer, include return date, case number and judgment debtor's name. MAKE CHECK PAYABLE TO JUDGMENT CREDITOR AND DELIVER TO THE COURT.

**TO ANY AUTHORIZED OFFICER:** You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

**MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT**

This is a garnishment against (check only one)
[ ] the judgment debtor's wages, salary or other compensation.
[ ] some other debt due or property of the judgment debtor, specifically.....................

[ ] Support
[ ] 50%　[ ] 55%
[ ] 60%　[ ] 65%
(if not specified, then 50%)
[ ] state taxes, 100%

If none of the above are checked, then § 34-29(a) applies (a plain-language interpretation of this section is on the reverse of this GARNISHMENT SUMMONS).

$.................... received by

.................... JUDGMENT CREDITOR
[ ] Judgment debtor present

.................... DATE

## CASE DISPOSITION

**ORDER that**
[ ] the garnishee pay to the judgment creditor through the court $.................... net of any credits.
[ ] the case be DISMISSED.

.................... DATE ENTERED
.................... JUDGE

FORM DC-451 (FRONT) 1/07　(1143-010 01/07)