**Certificate Number: 02114-VAW-DE-004365285**
**Bankruptcy Case Number: 0850590**

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 07/03/08, at 01:23 o'clock PM EST, Kristopher Bjorkman completed a course on personal financial management given by <u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District Of Virginia.

**Title:   Bankruptcy Program Director**                                    **Date:  07.03.08**
**By:  /s/Doug Erickson**

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@cccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

1