UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

Harrisonburg Division

** NOTICE OF PRELIMINARY HEARING **

---

Loan No.: ******5182

Bankruptcy Case No.: 08-50590
Chapter: 07
Judge: Ross W. Krumm

In re: Kris Bjorkman, a/k/a
       Kristopher Bjorkman
       Marie Ann Bjorkman
       George I. Vogel, Trustee

       Debtor(s)

---

TO THE PLAINTIFFS, DEFENDANTS AND OTHER PARTIES IN INTEREST

**PLEASE TAKE NOTICE that a preliminary hearing will be held at:**

> US Bankruptcy Court
> Federal Courtroom, 3rd Floor
> U.S. Courthouse
> 116 N. Main Street
> Harrisonburg, Virginia 22802

on     August 21, 2008 @ 10:30 a.m.

to consider and act upon the following:

Motion for Relief From Stay filed by Household Financial Services, Inc.

NOTICE IS FURTHER GIVEN that a copy of this notice has been served upon the parties as set forth in the proof of service attached hereto.

DATE: 07/18/08

/s/ Stephen B. Wood

STEPHEN B. WOOD, Esquire
VSB #26518
FRIEDMAN & MacFADYEN
1601 Rolling Hills Drive
Suite 125, Surry Building
Richmond, Virginia 23229
(804) 288-0088

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
<u>Harrisonburg Division</u>

| | |
|---|---|
| IN RE: | * CASE NO.: 08-50590 |
| KRIS BJORKMAN, a/k/a | * |
|   KRISTOPHER BJORKMAN | * |
| MARIE ANN BJORKMAN | * |
| Debtors | * |
| * * * * * * * * * * * * * * * * | * |
| | * |
| HOUSEHOLD FINANCIAL SERVICES, INC. | * |
| | * CHAPTER 7 |
| vs. | * |
| KRIS BJORKMAN, a/k/a | * |
|   KRISTOPHER BJORKMAN | * |
| MARIE ANN BJORKMAN | * |
| GEORGE I. VOGEL, TRUSTEE | * |
| Respondents | * |

NOTICE: Pursuant to Local Rule 4001(a)-1(c), all parties to this Motion must file with the Court a written answer or other response permitted by applicable law within fifteen (15) days from date of service, as noted below. A copy of any pleading filed must be sent to counsel for the movant at the address noted below and to all other parties required by the applicable rule.

**MOTION TO MODIFY STAY TO PERMIT**
**<u>FORECLOSURE OF THE DEED OF TRUST</u>**
FIRST DEED OF TRUST

Now comes Household Financial Services, Inc. (hereinafter "movant") by its attorneys Friedman & MacFadyen, P.A. and Stephen B. Wood, Esquire and respectfully represent unto this court:

1. That on or about June 9, 2008 the debtors filed a voluntary petition under the provisions of 11 U.S.C. Chapter 7.

2. That George I. Vogel, Trustee is the appointed Trustee in this case and is joined as a party in interest.

3. That the bankruptcy court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 1334 and 11 U.S.C. Section 362(a) and 28 U.S.C. Section 157.

4. That at the time of the initiation of these

STEPHEN B. WOOD
V.S.B. # 26518

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052

proceedings, the debtors are the owners of a parcel of real estate located in Augusta County, Virginia, as described in the attached Deed of Trust also known as: 185 Bald Rock Road, Verona, Virginia 24482.

5. That the debtors are justly indebted to Household Financial Services, Inc. pursuant to a Deed of Trust recorded among the Land Records of Augusta County, Virginia. A copy of this Deed of Trust is attached hereto as movant's exhibit "A".

6. That the debtors are now in default on the payment of installments due under the Deed of Trust to the secured creditor.

7. That the principal balance due and owing your movant pursuant to the Deed of Trust is approximately Two Hundred Eighty Four Thousand Five Hundred Seventy Two and 89/100 Dollars ($284,572.89) through July 31, 2008.

8. That the debtors are presently delinquent in excess of Fourteen Thousand Eight Hundred Ninety Nine and 43/100 Dollars ($14,899.43) through July 31, 2008.

9. That the amount necessary to pay the total debt through July 31, 2008 is approximately Two Hundred Ninety Nine Thousand Four Hundred Seventy Two and 32/100 Dollars ($299,472.32).

10. That the debtors have not made six (6) monthly mortgage payments due and owing movant through July 31, 2008.

11. That the movant believes and avers that the debtors have no equity in the property since the total amount owed to movant under the terms of the Deed of Trust, including interest, costs and attorneys' fees clearly will exceed the

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052

value of the property.

12. That the interest of the movant in the said property is not adequately protected.

13. Further, the movant avers that it has been and continues to be irreparably injured by the automatic stay afforded the debtors pursuant to Section 362(a) of the Bankruptcy Code, which prevents the movant from enforcing its rights under its Deed of Trust.

14. That cause exists for lifting the automatic stay provided for under Section 362(a) of the Bankruptcy Code to permit the movant to enforce its rights under its Deed of Trust.

WHEREFORE, your movant prays:

A. That this court enter an Order lifting the automatic stay afforded the debtors by 11 U.S.C. Section 362(a) to enable the movant, and its agents, successors or assigns to proceed with the foreclosure sale of the property and to take all action necessary to secure the possession of the property.

B. That this court grant such other and further relief as it deems necessary.

C. That this court waive the stay of order referenced in Federal Rule of Bankruptcy Procedure 4001(a)(3).

Friedman & MacFadyen, P.A.

/s/ Stephen B. Wood

Stephen B. Wood, Esquire
1601 Rolling Hills Drive
Suite 125, Surry Building
Richmond, Virginia 23229
Counsel for the Movant
VSB No.: 26518

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Modify Stay was mailed, first class postage prepaid, and/or electronically mailed on this 18th day of July, 2008 to the following:

James O. Clough, Esquire
235 Newman Avenue
Harrisonburg, Virginia 22801

George I. Vogel, Trustee
P.O. Box 18188
Roanoke, Virginia 24014

Kris Bjorkman
185 Bald Rock Road
Verona, Virginia 24482

Marie Ann Bjorkman
185 Bald Rock Road
Verona, Virginia 24482

/s/ Stephen B. Wood

Stephen B. Wood, Esquire

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
1501 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052