IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
<u>Harrisonburg Division</u>

| | |
|---|---|
| IN RE: <br> KRIS BJORKMAN, a/k/a <br>  KRISTOPHER BJORKMAN <br> MARIE ANN BJORKMAN <br> Debtors | CASE NO.: 08-50590 |
| HOUSEHOLD FINANCIAL SERVICES, INC. <br> vs. <br> KRIS BJORKMAN, a/k/a <br>  KRISTOPHER BJORKMAN <br> MARIE ANN BJORKMAN <br> GEORGE I. VOGEL, TRUSTEE <br> Respondents | CHAPTER 7 |

**<u>MOVANT'S CERTIFICATION REQUIRED WITH RESPECT TO MOTION</u>**
**<u>FOR RELIEF FROM STAY</u>**
FIRST DEED OF TRUST

1. Description of property : <u>185 Bald Rock Road, Verona, Virginia 24482.</u>

2. Copies of security instruments: <u>See attached movant's Exhibit A.</u>

3. Statement of amount due:

| | |
|---|---:|
| Principal Balance | $284,572.89 |
| Fees & Cost for Motion | $800.00 |
| 02/08 - 03/08 2 monthly mortgage payment(s) @ $2,225.18 | $4,450.36 |
| 04/08 - 07/08 4 monthly mortgage payment(s) @ $2,197.00 | $8,788.00 |
| Escrow Deficit | $676.13 |
| Accumulated late charges | $184.94 |
| ARREARAGES | $14,899.43 |
| TOTAL AMOUNT CLAIMED | $299,472.32 |

4. A per diem interest factor:_____.
5. Detailed report of appraiser:_____.

In case of motor vehicle, Blue Book values may be submitted and considered.

I HEREBY CERTIFY, as a member of the Bar of this Court, that I represent the above-named movant and that the information contained herein is true according to the best of my knowledge and belief.

/s/ Stephen B. Wood

_____
Stephen B. Wood, Attorney for the Movant

STEPHEN B. WOOD
V.S.B. # 26518

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Movant's Certification was mailed, first class postage prepaid, and/or electronically mailed on this 18th day of July, 2008 to the following:

James O. Clough, Esquire
235 Newman Avenue
Harrisonburg, Virginia 22801

George I. Vogel, Trustee
P.O. Box 18188
Roanoke, Virginia 24014

Kris Bjorkman
185 Bald Rock Road
Verona, Virginia 24482

Marie Ann Bjorkman
185 Bald Rock Road
Verona, Virginia 24482

/s/ Stephen B. Wood
_____
Stephen B. Wood, Esquire

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VA 23229

(804) 288-0088
FAX (804) 288-0052