Stephen B. Wood, Esquire
1601 Rolling Hills Drive
Suite 125, Surry Building
Richmond, Virginia 23229
(804)288-0088 VSB# 26518

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

```
IN RE:                                  * CASE NO.: 08-50590
KRIS BJORKMAN, a/k/a                    *
 KRISTOPHER BJORKMAN                    *
MARIE ANN BJORKMAN                      *
Debtors                                 *
* * * * * * * * * * * * * * * * * * *   *
                                        *
HOUSEHOLD FINANCIAL SERVICES, INC.      *
                                        * CHAPTER 7
vs.                                     *
KRIS BJORKMAN, a/k/a                    *
 KRISTOPHER BJORKMAN                    *
MARIE ANN BJORKMAN                      *
GEORGE I. VOGEL, TRUSTEE                *
Respondents                             *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

O R D E R

The movant, being aware that the Court is unable to schedule a preliminary hearing within the thirty day time limit imposed by 11 U.S.C. Section 362(e), consents to the extension of the automatic stay imposed by 11 U.S.C. Section 362(a) beyond the thirty day limit imposed by 11 U.S.C. Section 362(e), to the date stated below.

Therefore it is ORDERED that the automatic stay shall remain in effect until the Court convenes and makes a disposition of the matter at the preliminary hearing set for August 21, 2008 at 10:30 a.m.

Date: July 21, 2008                    /s/ Ross W. Krumm
                                       _____
                                       UNITED STATES BANKRUPTCY JUDGE

I ask for this:

/s/ Stephen B. Wood
_____
Stephen B. Wood, Esquire
Atty. for Movant-VSB#26518
1601 Rolling Hills Drive
Surry Building, Suite 125
Richmond, VA  23229
(804)288-0088

CERTIFICATION OF SERVICE

IT IS FURTHER ORDERED PURSUANT TO LOCAL RULE 9072-1
THAT THE ATTORNEY SHALL FORWARD COPIES OF THE
FOREGOING ORDER TO THE FOLLOWING PARTIES:

   James O. Clough, Esquire
   235 Newman Avenue
   Harrisonburg, Virginia 22801

   George I. Vogel, Trustee
   P.O. Box 18188
   Roanoke, Virginia 24014

   Kris Bjorkman
   185 Bald Rock Road
   Verona, Virginia 24482

   Marie Ann Bjorkman
   185 Bald Rock Road
   Verona, Virginia 24482

/s/ Stephen B. Wood
_____
Stephen B. Wood,  Esquire