UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>　　Kris Bjorkman, a/k/a<br>　　　Kristopher Bjorkman<br>　　Marie Ann Bjorkman<br>　　　　DEBTOR(S) | CASE NO.:　08-50590<br><br>CHAPTER:　7 |
| Household Financial Services, Inc.<br><br>　　　PLAINTIFF(S)<br>　　　MOVANT(S)<br>V.<br><br>　　Kris Bjorkman, a/k/a<br>　　　Kristopher Bjorkman<br>　　Marie Ann Bjorkman<br>　　George I. Vogel, Trustee<br>　　　　DEFENDANT(S)<br>　　　　RESPONDENT(S) | ADVERSARY<br>　　PROCEEDING NO.<br><br><br>OR<br>MOTION NO. |

**CERTIFICATE OF MAILING PURSUANT TO LOCAL RULE 9072-1**

The undersigned counsel hereby certifies to the Court that a true copy of the Order entered in the above-styled matter on _July 21, 2008_ was electronically transmitted and/or mailed to all parties in interest on _July 23, 2008_.


Dated:　_07/23/08_　　　　　　　　___/s/ Stephen B. Wood___
　　　　　　　　　　　　　　　　　　Stephen B. Wood, Esquire
　　　　　　　　　　　　　　　　　　VSB #26518
　　　　　　　　　　　　　　　　　　1601 Rolling Hills Drive
　　　　　　　　　　　　　　　　　　Surry Building, Suite 125
　　　　　　　　　　　　　　　　　　Richmond, Virginia  23229


**Return this Certificate of Mailing to the Clerk on the date copies are mailed to parties.**