Stephen B. Wood, Esquire
1601 Rolling Hills Drive
Suite 125, Surry Building
Richmond, Virginia 23229
VSB No.: 26518
(804) 288-0088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
<u>Harrisonburg Division</u>

```
IN RE:                              * CASE NO.: 08-50590
KRIS BJORKMAN, a/k/a                *
 KRISTOPHER BJORKMAN                *
MARIE ANN BJORKMAN                  *
Debtors                             *
* * * * * * * * * * * * * * * * * * *
                                    *
HOUSEHOLD FINANCIAL SERVICES, INC.  *
Movant                              *
                                    * CHAPTER 7
vs.                                 *
                                    *
KRIS BJORKMAN, a/k/a                *
 KRISTOPHER BJORKMAN                *
MARIE ANN BJORKMAN                  *
GEORGE I. VOGEL, TRUSTEE            *
Respondents                         *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

CONSENT ORDER GRANTING MOTION TO MODIFY STAY
(1ST DEED OF TRUST)
---------------------------------------------

As a result of the Trustee having filed a Trustee's Report of No Distribution with this court on or about July 30, 2008 and the debtors' having no defense to the relief requested by your movant as evidenced by the debtors' attorney's and trustee's signatures below,

IT IS HEREBY ORDERED, This 5th day of <u>August, 2008</u>, that the automatic stay provided for by Section 362(a) of the United States Bankruptcy Code is hereby lifted to allow Household Financial Services, Inc., the movant and secured Creditor, to exercise its rights under state law for the property known as:

185 Bald Rock Road, Verona, Virginia 24482

Household Financial Services, Inc. is a secured Creditor secured by a Deed of Trust recorded among the Land Records of Augusta County, Virginia. The automatic stay shall also be lifted to allow the successful purchaser to take whatever lawful steps it deems necessary to obtain possession of the above-mentioned property pursuant to Virginia law.

This Order applies to any successors-in-interest of Household Financial Services, Inc. and shall not be subject to the stay of order referenced in Federal Rule of Bankruptcy Procedure 4001(a)(3).

```
                                    /s/ James O. Clough
 /s/ Stephen B. Wood             ___by SBW with Permission_
Stephen B. Wood, Esquire         James O. Clough, Esquire
1601 Rolling Hills Drive         235 Newman Avenue
Suite 125, Surry Building        Harrisonburg, Virginia 22801
Richmond, VA 23229
Attorney for the Movant          Attorney for the Debtors


 /s/ George I. Vogel
George I. Vogel, Trustee
P.O. Box 18188
Roanoke, Virginia 24014

                    SO ORDERED: /s/ Ross W. Krumm
                                _____
                                         JUDGE

                            DATE: August 5, 2008
```

IT IS FURTHERED ORDERED THAT THE CLERK OF THE COURT SHALL FORWARD COPIES OF THE FOREGOING ORDER TO THE FOLLOWING PARTIES :

CC: Stephen B. Wood, Esquire    George I. Vogel, Trustee
    1601 Rolling Hills Drive    P.O. Box 18188
    Suite 125, Surry Building    Roanoke, Virginia 24014
    Richmond, Virginia 23229

James O. Clough, Esquire    Mr. Kris Bjorkman
235 Newman Avenue    185 Bald Rock Road
Harrisonburg, Virginia 22801    Verona, Virginia-24482

Ms. Marie Ann Bjorkman
185, Bald Rock Road
Verona, Virginia-24482

CERTIFICATION OF ENDORSEMENT

I hereby certify that all of the necessary parties have signed this Order.

    _/s/ Stephen B. Wood____
    Stephen B. Wood, Esquire