UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| IN RE:<br><br>　　Kris Bjorkman, a/k/a<br>　　　　Kristopher Bjorkman<br>　　Marie Ann Bjorkman<br><br>　　　　DEBTOR(S) | CHAPTER:  7<br><br><br>CASE NO.: 08-50590 |
|---|---|
| Household Financial Services, Inc.<br>Movant<br><br>　　　　PLAINTIFF(S)<br>　　　　MOVANT(S)V.<br><br>Kris Bjorkman, a/k/a<br>　　Kristopher Bjorkman<br>Marie Ann Bjorkman<br>George I. Vogel, Trustee<br><br>　　　　DEFENDANT(S)<br>　　　　RESPONDENT(S) | ADVERSARY<br>　　PROCEEDING NO.<br><br><br>OR<br>MOTION NO. |

## CERTIFICATE OF MAILING PURSUANT TO LOCAL RULE 9072-1

The undersigned counsel hereby certifies to the Court that a true copy of the Order entered in the above-styled matter on August 5, 2008 was electronically transmitted and/or mailed to all parties in interest on August 25, 2008.

Dated: August 25, 2008　　　　/s/ Stephen B. Wood
　　　　　　　　　　　　　　　Stephen B. Wood, Esquire　VSB #26518
　　　　　　　　　　　　　　　1601 Rolling Hills Drive
　　　　　　　　　　　　　　　Surry Building, Suite 125
　　　　　　　　　　　　　　　Richmond, Virginia 23229

**Return this Certificate of Mailing to the Clerk on the date copies are mailed to parties.**